UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| ADPT-HOUSTON MPT HOLDINGS LLC, | NO. 17-31533-sig11 |
| Debtor | Chapter 11 |

## WITHDRAWAL OF CLAIM NO. 3

Comes now A-S 117 SHOPS AT THE RESERVE, L.P. and respectfully withdraws its Proof of Claim filed in the above referenced case June 30, 2017, claim number 3.

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By: *[signature: John Mayer]*
John Mayer
Texas Bar Number 13274500
7700 San Felipe, Suite 550
Houston, TX 77056
Phone 713-626-1200
Fax 713-623-6014
Email jmayer@rossbanks.com
Attorneys for A-S 117 SHOPS AT
THE RESERVE, L.P.

## CERTIFICATE OF SERVICE

I certify that I served true copies of this Withdrawal of Claim upon the Debtor by email to the Debtor's attorney of record, John N. Schwartz to john.schwartz@nortonrosefulbright.com and electronically upon all persons who have entered an appearance in this case by means of the Court's CM/ECF system, contemporaneously with filing, on August 10, 2018.

*[signature: John Mayer]*
.
John Mayer